UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SUSAN BERG,<br><br>                Plaintiff,<br><br>   v.<br><br>FEDERAL BUREAU OF INVESTIGATION, DRUG ENFORCEMENT AGENCY,<br><br>                Defendants. | Case No. 1:07-cv-00229-BLW<br><br>**ORDER** |

**IT IS ORDERED:**

1. Plaintiff's motions to reopen case (Dkts. 15, 18, 27 and 32) are **DENIED**.

DATED: **April 16, 2014**

B. LYNN WINMILL
Chief U.S. District Court Judge

ORDER - 1